UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEILL SAMUELL,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>LT. OWENS et al.,<br><br>　　　　　　　　Defendants | Case No. 2:18-cv-00111-APG-CWH<br><br>ORDER |

Pursuant to the screening order, the status report for the 90-day stay was due on March 21, 2019. (ECF No. 4). Defendants have not filed their 90-day status report. Defendants must file a status report on or before Friday, April 12, 2019.

DATED March 29, 2019.

_____
UNITED STATES MAGISTRATE JUDGE