# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEILL SAMUELL,<br><br>        Plaintiff,<br><br>  v.<br><br>OWENS, et al.,<br><br>        Defendants. | Case No. 2:18-cv-00111-APG-CWH<br><br>**ORDER** |

Presently before the court is Nevada state-prison inmate Neill Samuell's motion to serve summons (ECF No. 16), filed on May 14, 2019.

Also before the court is Samuell's motion to extend copy work limit (ECF No. 17), also filed on May 14, 2019. Defendant Paul Araujo filed an opposition (ECF No. 18) on May 16, 2019. Samuell did not file a reply.

**I.    Service of process**

Samuell requests the court's assistance in serving former Nevada Department of Corrections employees Alejandro Avelar and Julio Corral-Lagarda. The Office of the Attorney General of the State of Nevada filed these defendants' last-known addresses under seal. (Notice (ECF No. 14).) The court will grant Samuell's motion and order the clerk of court to issue the summonses and deliver the appropriate paperwork to the United States marshal for service.

**II.    Copy work limit**

Samuell moves to extend the copy work limit, arguing he has accrued a $100.00 debt against his inmate account and that per prison regulations, he may not accrue additional debts for legal copy work without a court order. Samuell does not state the amount of additional funds that he requires for copies to prosecute this case. Although defendant opposes the motion, he suggests that a $10.00 extension would permit Samuell to effectively litigate his case. Samuell did not reply. Having reviewed and considered the parties' arguments, and good cause appearing, the court will grant Samuell's motion to the extent it will increase his copy work limit by $10.00.

### III. Conclusion

IT IS THEREFORE ORDERED that plaintiff Neill Samuell's motion to serve summons (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court must issue summonses and complete USM-285 forms for defendants Alejandro Avelar and Julio Corral-Lagarda using the addresses provided in the sealed notice at ECF No. 14. The clerk of court must deliver the summonses, USM-285 forms, the complaint (ECF No. 5), and a copy of this order to the United States marshal for service.

IT IS FURTHER ORDERED that Samuell's motion to extend copy work limit (ECF No. 17) is GRANTED to the extent his copy work limit is increased by $10.00.

DATED: July 24, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE