UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Neill Samuell,<br><br>                    Plaintiff,<br><br>v.<br><br>Owens, et al.,<br><br>                    Defendants. | Case No.: 2:18-cv-111-APG-DJA<br><br>**ORDER**<br><br>[ECF Nos. 56, 59] |

The defendants' motions to seal **(ECF Nos. 56, 59) are granted**. Exhibits L and M to the defendants' motion for summary judgment are separately filed as ECF Nos. 57 and 60. Those documents shall remain under seal.

Dated: June 11, 2020.

_____
UNITED STATES DISTRICT JUDGE