# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NEILL SAMUELL,

    Plaintiff

v.

LT. OWENS, et al.,

    Defendants

Case No.: 2:18-cv-00111-APG-DJA

**Order Dismissing Defendant Corral**

On August 27, 2020, plaintiff Neill Samuell was advised by the court that his claims against defendant Corral would be dismissed without prejudice unless by September 26, 2020, Samuell either filed proper proof of service or showed good cause why such service was not timely made. ECF No. 65.  Samuell has failed to do so.

I THEREFORE ORDER that plaintiff Neill Samuell's claims against defendant Corral are DISMISSED without prejudice.

DATED this 30th day of September, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE