# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEILL SAMUELL,<br><br>  Plaintiff<br><br>v.<br><br>LT. OWENS, et al.,<br><br>  Defendants | Case No.: 2:18-cv-00111-APG-DJA<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 72] |

I ORDER that the defendants' motion for an extension of time to file a reply to their motion for summary judgment **(ECF No. 72) is GRANTED.**

DATED this 30th day of September, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE